# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
VARIQ CORPORATION                     *
                                      *
              Protestor,              *
                                      *   No. 15-916C
v.                                    *   Filed: September 2, 2015
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of plaintiff's Notice of Voluntary Dismissal, filed September 2, 2015. Defendant has yet to file its answer or make a motion for summary judgment or judgment on the administrative record in the above-captioned case. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2015), the court **ORDERS** that the above-captioned case be **DISMISSED** without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
